IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DEVONTE DORSETT, | § | |
| | § | No. 522, 2019 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | |
| | § | I.D. No. 1701005259 |
| Plaintiff Below, | § | |
| Appellee. | § | |
| | § | |

Submitted: December 2, 2020
Decided: December 17, 2020

Before **VALIHURA**, **TRAYNOR** and **MONTGOMERY-REEVES**, Justices.

## **O R D E R**

This 17th day of December, 2020 having considered this matter on the briefs and the oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of, and for the reasons assigned by the Superior Court in its Memorandum Opinion dated June 17, 2019;

NOW, THEREFORE, IT IS ORDERED that the decision of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/Karen L. Valihura*
Justice